Kevin Long
Law Offices of Long and Associates
1101 E. Garvey Ave. Suite 206
Monterey Park, CA 91755
U.S.A

Tel: (626) 572-3689
Fax: (626) 572-3832
E-mail: longlaw@hotmail.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Yang Hong ZHANG<br><br>Plaintiff<br><br>v.<br><br>Michael Chertoff, Secretary<br>Department of Homeland Security<br><br>Christina Poulos, Director, USCIS<br>California Service Center<br><br>Michael B. Mukasey, Director, USCIS<br><br>Defendants | CASE NO.: **CV08-02084 SVW VBKx**<br><br>**COMPLAINT**<br>**FOR DECLARATION OF RELIEF**<br>**IN THE NATURE OF MANDAMUS** |

1

# I. PLAINTIFFS AND HER CASE

Plaintiff U.S. Citizen Yang Hong Zhang (case No.: WAC06-203-50025, A Number: 47 556 719) resides in the City of Monterey Park, the State of California. In June, 2006 she filed an I-130 Form, petitioning for her husband who was in removal proceedings to the USCIS California Service Center. The receipt form 797C indicated that the CIS received the files on June 5, 2006.

Record shows that the case was transferred to the CIS Los Angeles Office in October 2006 for a schedule of interview. Since then, the CIS has done nothing on this case.

According to the "processing time" published on the web-page of the CIS, the California Service Center is adjudicating I-130's based on petitions by U.S. citizens with the date of receipt of July 26, 2007. The Plaintiff's case is 13 months behind other similar cases. The delay is therefore for unfair to the Plaintiff. The Plaintiff has complied with all the requirements of the Defendants. However, until now, the Defendants have failed to adjudicate her petition. Plaintiff has made numerous inquiries regarding the status of the petition. However, the Defendants have routinely refused to respond to the inquiries. Plaintiff has no other ways to resolve the problem.

2

## II. DEFENDANTS

1. Michael Chertoff is the Secretary of the Department of Homeland Security. He is in charge of the Department to which the USCIS is a part of.

2. Michael B. Mukasey is the Director of USCIS. He is in charge with any and all responsibilities and authority in the administration of the USCIS as having been delegated or prescribed by the Secretary of the Department of the Homeland Security. He is sued in her official capacity.

3. Christina Poulos is the director of USCIS California Center with which the applications of the cases were initially filed. She is sued in her official capacity.

## III. STATEMENT OF JURISDICTION

4. This court has subject matter jurisdiction of this action under 28 U.S.C. §1331 (federal question jurisdiction) because Plaintiff's claim arises under the laws of the United States, specifically, 8 U.S.C. § 1255(a). This court may grant relief in this action under 28 U.S.C. §1361 (Mandamus Act); 28 U.S.C. §1651 (All Writs Act); and under 5 U.S.C. §701 et seq. (Administrative Procedure Act or APA). Although the granting of the applications is discretionary and the officials of the USCIS are vested with discretion in making the ultimate decision whether to grant or deny a petition, "they have a

3

non-discretionary duty to process the application within a reasonable time."

*Fraga v. Smith*, 607 F.Supp.517,521 (D.Or.1985)

### IV. STATEMENT OF VENUE

5.   Venue is proper in this court under 28 U.S.C. § 1391(e) because this is a civil action in which Defendants are officers of the United States acting in their official capacities and the USCIS is an agency of the United States; and because the Plaintiff resides in this judicial district.

### V. INJURIES

6.   Plaintiff incorporates paragraphs 1 through 5 as if set forth in full herein.

7.   Plaintiff claims that because of the failure to act by the Defendants, she is suffering from emotional, economic and other harms and injuries. She has to spend money to counsels to do the inquiries. Her husband is in the immigration proceedings and she has to spend a substantial sum of money for the repeated delay of case. The Immigration Judge delayed her husband's case simply for the reason to wait for the CIS's action.

### VII. CAUSES OF ACTION

4

### (I)

### Violation of 8 U.S.C. § 1255(a)

8.  Plaintiff incorporates paragraphs 1 through 7 as if set forth in full herein.

**8 U.S.C. § 1255(a)** charges the Defendants to adjudicate the Plaintiff's cases in a reasonably time. By failure to act and unnecessary delay, the Defendants deprived the benefits conferred to the Plaintiff by Congress. Although approving or denying the application is discretional, the adjudicating the case is mandatory. The Defendants have failed to perform their mandatory duties under the law and regulations. They have violated **8 U.S.C. § 1255(a)**

### (II)

### Violation of the APA

9.  Plaintiff incorporates paragraphs 1 through 8 as if set forth in full herein.

10. By failing and refusing to process the Plaintiff's case within a reasonable time period, Defendants have unlawfully withheld and/or unreasonably delayed performing a statutory duty owed to the Plaintiff. While Congress has not imposed a timetable for application processing, the USCIS has established one. As of March 2008, it was processing I-130 applications based on U.S. citizen's petition with the receipt date of July 26, 2007. The date of the receipt notice in the Plaintiff's case is June 5, 2006. According to

...

Defendants' own timetable, the delay is obviously unreasonable. Thus, Plaintiff is suffering and will continue to suffer emotional, economic and other harms and injuries as a direct result of Defendants' failures. Defendants' failures and refusals are a violation of the APA and cognizable under 5 U.S.C., §§ 551(13) and 706(1).

### (III)
### Due Process Violation

11. Plaintiff incorporates paragraphs 1 through 10 as if set forth in full herein.

12. Defendants' failures to process Plaintiff's petition violate Plaintiff's Fifth Amendment rights to Due Process. Up till the present time of this Complaint, the California Service Center is now processing similar cases with the receipt date of July 26, 2007. The receipt date the Plaintiff's is June 5, 2006. This means that other applications filed after the Plaintiffs have been adjudicated. Defendants' conduct with respect to Plaintiff's case violates due process of equal protection and fairness.

### VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to:

1) Declare that Defendants have violated **8 U.S.C. § 1255(a)** and applicable

6

regulations by failing to perform their mandatory duties of timely adjudicating the Plaintiffs applications;

2) Declare that Defendants' delay in processing the Plaintiff's applications violates Plaintiff's rights to due process;

3) Declare that Defendants' delay in processing the Plaintiff's applications is unreasonable;

4) Order Defendants to immediately adjudicate the case and inform the Plaintiff within 60 days from the date of this Order;

5) Award the Plaintiff's attorney's fees and costs under the Equal Access for Justice Act, and

6) Grant such other relief as the Court deems just, equitable and proper.

RESPECTFULLY SUBMITTED this 27th day of March, 2008

_____
Kevin Long, Esq.
Attorney for Plaintiff

7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

**CV08- 2084 SVW (VBKx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yong Hong ZHANG<br><br>PLAINTIFF(S)<br>v.<br>Michael Chertoff, et al.(See attached sheet)<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-02084 SVW VBKx<br><br><br>SUMMONS |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Kevin Long                              , whose address is:

1101 E. Garvey Ave. Suit 206
Monterey Park, CA 91755


an answer to the ☒ complaint ☐_____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __60__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.


Clerk, U.S. District Court

Dated: MAR 2 8 2008

By: NATALIE LONG
    Deputy Clerk

(Seal of the Court)    1198

Kevin Long
Law Offices of Long and Associates
1101 E. Garvey Ave. Suite 206
Monterey Park, CA 91755
U.S.A

Tel: (626) 572-3689
Fax: (626) 572-3832
E-mail: longlaw@hotmail.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yang Hong ZHANG | ) CASE NO.: _____ |
| | ) |
| | ) **COMPLAINT** |
| | ) **FOR DECLARATION OF RELIEF** |
| | ) **IN THE NATURE OF MANDAMUS** |
| Plaintiff | ) |
| v. | ) |
| Michael Chertoff, Secretary | ) |
| Department of Homeland Security | ) |
| Christina Poulos, Director, USCIS | ) |
| California Service Center | ) |
| Michael B. Mukasey, Director, USCIS | ) |
| Defendants | ) |

1

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Yang Hong ZHANG

**DEFENDANTS**
Michael Chertoff, et al.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles, CA

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only)

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Kevin Long
Law Office Of Long & Associates
1101 E. Garvey Ave. Suit 206
Monterey Park, CA 91755 Tel.:626-572-3689

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | | | | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

**CV08-02084**

CV-71 (07/05)                              CIVIL COVER SHEET                              Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☑ Check here if the U.S. government, its agencies or employees is a named defendant.
   Los Angeles

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date  03/27/08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |